IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

REGINALD HALL,

Plaintiff,

v.

TYSHAWN SHEPARD, et al.,

Defendants.

CASE NO. 3:26-cv-00277-BL

**ORDER**

On August 13, 2026, the Magistrate Judge recommended that the court dismiss this case without prejudice for failure to comply with a court order. (Doc. 15). The Magistrate Judge set the deadline for the Plaintiff to file objections to the recommendation on August 27, 2026. (Doc. 15). To date, no objections have been filed. After review of the file and upon consideration of the recommendation of the Magistrate Judge, the court **ADOPTS** the recommendation (doc. 15) and **DISMISSES** this action without prejudice.

A separate final judgment will be entered.

**DONE** and **ORDERED** on this the 2nd day of September, 2026.

BILL LEWIS
UNITED STATES DISTRICT JUDGE